STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
VERNON LEE JAMES, DEFENDANT-APPELLANT.

Argued December 19, 1967—Decided December 27, 1967.

*Mr. Edward I. Feinberg* for defendant-appellant.

*Mr. Solomon Forman* for plaintiff-respondent (*Mr. Robert N. McAllister, Jr.,* Atlantic County Prosecutor, attorney; *Mr. Solomon Forman* on the brief).

The opinion of the court was delivered

PER CURIAM. After a joint trial with several others, appellant Vernon Lee James was convicted of sodomy. The convictions of two of the co-defendants, John Shannon and John Henry Taylor, were reversed by this Court. *State v. Taylor,* 46 *N. J.* 316 (1966). On this direct appeal, which we allowed, James urges the same grounds for reversal as did Shannon and John Henry Taylor. We agree that the conviction of James was tainted with the same error which

required the reversal in *State v. Taylor, supra.* Therefore the judgment of conviction must be reversed.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For affirmance*—None.